**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN LEE RICHES, | No. C 07-5979 MJJ (PR) |
|     Plaintiff, | **ORDER OF DISMISSAL** |
|     v. | |
| GOLDEN STATE WARRIORS, et al., | |
|     Defendants. | |

    Plaintiff, a federal prisoner proceeding pro se, filed this pro se complaint against the Golden State Warriors, Latrell F. Sprewell, P.J. Carlesimo, Shane R. Salazar and Rickey Louis Alford, a.k. Morris Day.

    A federal court must conduct a preliminary screening in any case in which a prisoner seeks redress from a governmental entity or officer or employee of a governmental entity. See 28 U.S.C. § 1915A(a). In its review, the court must identify any cognizable claims and dismiss any claims that are frivolous, malicious, fail to state a claim upon which relief may be granted or seek monetary relief from a defendant who is immune from such relief. See id. § 1915A(b)(1),(2). Pro se pleadings must, however, be liberally construed. See Balistreri v. Pacifica Police Dep't, 901 F.2d 696, 699 (9th Cir. 1988).

    Sections 1915A and 1915(e)(2) accord judges the unusual power to pierce the veil of the complaint's factual allegations and dismiss as frivolous those claims whose factual contentions are clearly baseless. See Denton v. Hernandez, 504 U.S. 25, 32 (1992). Examples are claims describing fantastic or delusional scenarios with which federal district

G:\PRO-SE\MJJ\CR.07\riches37.dsm.wpd

judges are all too familiar. See Neitzke v. Williams, 490 U.S. 319, 328 (1989). To pierce the veil of the complaint's factual allegations means that a court is not bound, as it usually is when making a determination based solely on the pleadings, to accept without question the truth of the plaintiff's allegations. See Denton, 504 U.S. at 32. A finding of factual frivolousness is appropriate when the facts alleged rise to the level of the irrational or the wholly incredible, whether or not there are judicially noticeable facts available to contradict them. See id. at 32-33.

Plaintiff seeks a restraining order against forbidding defendant Latrell Sprewell from joining the Golden State Warriors basketball team in order to "contract killing my life when the Warriors travel to the Atlanta Hawks." He alleges that Isaiah Thomas, the coach of the New York Knicks basketball team, told Mr. Sprewell to choke plaintiff in prison. Plaintiff also alleges that "the Warriors are 1860s West Coast Indians Sacrificial Land swallowers who use spears and war paint to harass my life and destroy my modeling and computer career." As plaintiff's allegations are clearly baseless, irrational or wholly incredible, the complaint will be dismissed as frivolous under sections 1915A and 1915(e)(2).

For the foregoing reasons, this action is DISMISSED.

The Clerk shall close the file.

IT IS SO ORDERED.

DATED: 12/17/07

_____
MARTIN J. JENKINS
United States District Judge

G:\PRO-SE\MJJ\CR.07\riches37.dsm.wpd          2